UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

-NO CV-30
-TRO

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

No Fee Paid

ROBERT GRIMSLEY
Pltf

vs.

COUNTY OF ORANGE;

§
§
§
§
§
§
§
§
§
§

# 2:22-cv-04731-JLS-(JPRx)

CIVIL RICO
COMPLAINT

JOHN & JANE DOE (Every company & CEO thereto trading on NASDAQ and DOW JONES); CITY OF SANTA ANA; FACEBOOK CORP.; MARK ZUCKERBURG d/b/a FACEBOOK CORP.; NIKE INC.; PHIL KNIGHT d/b/a NIKE INC.; AMAZON CORP.; JEFF BEZOS d/b/a AMAZON CORP.; GENERAL MOTORS; JOHNNY & JANIE DOES (All aiders, abettors, profitters, participants & conductors to the Racketeer Influenced and Corrupt Org.; directly & indirectly.)
Defendants.

*** Compl. w/ Jury Demand ***

## NATURE OF THIS ACTION

This is a verified complaint for monetary damages, restraint and dissolution under Federal statutes 18 U.S.C. § 1961 et seq.; & RICO conspiracy. Id. § 1962(d). Pltf alleges manstealing by means of "force[¹] fraud'" caused by defendants "enterprise.²" Injuries: "business[&] property³;" constitutional violations. And, defendants conspiracy to defraud the USA. § 371.

---

1. See BLACK'S 11th: Kidnapping
2. 18 U.S.C. § 1961 (4).
3. Id. § 1964(c).

\#

1. Jurisdiction: Federal Question. Cause: 18 USC §1961 etseq. Description: Manstealing.

2. Plaintiff has been kidnapped since April of 2018 by defendant's manstealing enterprise.

WHEREFORE, Pltf demands One-Hundred Trillion USD ($100,000,000,000,000) in actual & punies jointly and severally against defendants enterprise for the aggravated manstealing of his corpus, which was executed with actual malice, premeditated malice, & true connivance thereof.

### VERIFICATION

I certify under penalty of perjury that the foregoing is true and correct.

Executed at ~~Statt~~ Vale /RG, Oregon on July 4, 2022

R. Grimsley

Robert Grimsley

Respectfully Submitted
Robert Grimsley
R. Grimsley  7/4/22
PEAKY PLEADINGS
Corpus Held @ MCCF
151 B St. West
Vale, OR 97918

INMATE MAIL GENERATED
Malheur County Correctional Facility
Inmate Name: ROBERT GRIMSLEY
151 B Street West
Vale, OR 97918

BOISE ID 836

8 JUL 2022   PM 1  L



RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 11 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Clerk of Court
Ronald Reagan Federal Building & U.S. Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA. 92701-4516

civil
int.

92701-450099